FERDINAND G. GASKINS v. OBEDIAH D. HAMMETT.

EXECUTOR AND ADMINISTRATOR: ADMINISTRATOR DE BONIS NON, REMEDY OF, TO
COLLECT AN INDIVIDUAL DEBT OF HIS PREDECESSOR TO THE INTESTATE.—The
administrator *de bonis non* cannot proceed in the Probate Court to compel the
administrator-in-chief to return an inventory of a private debt due by him to
the intestate : the proper remedy is at law.

APPEAL from the Probate Court of Jefferson county.   Hon. J.
M. Ellis, judge :
The appellant, upon the revocation of the letters of the appellee
as administrator of Wm. Broxton, deceased, was appointed admin-
istrator *de bonis non* of the intestate ; and he thereupon procured
a citation to be issued against the appellee, requiring him to ren-
der an inventory of said estate, suggesting that he was indebted
to said intestate.   The appellee answered, denying that he was
administrator, and setting up a gift of the money claimed, by
the intestate in his lifetime.   Evidence was introduced by both
parties on this point, and on final hearing, the court dismissed the
citation, and F. Gaskins appealed.

No counsel appeared for either party.

FISHER, J., delivered the opinion of the court.
This was a proceeding in the Probate Court of Jefferson County,
to compel the appellee to account for certain moneys and property
which it was alleged he had received as administrator, &c.   He
denied that he was administrator of the deceased ; and set up a
claim, under a deed of gift, to the property.   The court below
dismissed the petition, and from that order this appeal has been
prosecuted.
The petitioner has a full and complete remedy, if he can estab-
lish his claim as administrator to the property, in a court of law ;
which is, indeed, the only court in which the subject-matter em-
braced in the petition can be properly litigated.
Decree affirmed.